# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Laporte, Elizabeth D. | U.S. District Court, N..D. Cal | 05/06/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, Full-time | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
450 Golden Gate Aveneue
San Francisco, CA 94102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust I |
| 2. | Custodian | Trust III |
| 3. | Member, Board of Governors | Assn. of Business Trial Lawyers, Northern California Chapter |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | Participation in retirement plan for the California Public Employees Retirement System |
| 2. | 1998 | Participation in City & County of San Francisco Employee Retirement Fund |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 05/06/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Self-employed Attorney |
| 2. | 2014 | State of California - Pension |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Practicing Law Institutte | 2/1/2014-2/4/2014 | New York, NY | Speaker on Patent Law Panel | Transportation, meals, lodging |
| 2. | ALM | 2/5/2014-2/6/2014 | New York, NY | Speaker on Judges' Panel | Transportation, meals |
| 3. | Assn. of Business Trial Lawyers of Northern CA | 5/2/2014-5/4/2014 | La Jolla, CA | Attendance at Board Meeting | Transportation, meals, lodging |
| 4. | Practicing Law Institute | 3/18/2014 | San Francisco, CA | Speaker on Patent Law Panel | Transportation |
| 5. | International Quality & Productivity Ctr. Ltd. | 5/12/2014-5/16/2014 | London, United Kingdom | Speaker on international e-Discovery Panel | Transportation, meals, lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Laporte, Elizabeth D. | 05/06/2015 |

| | | | | |
|---|---|---|---|---|
| 6. | Northern California eDiscovery & Information Governance Conference | 5/30/14 | Sausalito, CA | Speaker on eDiscovery Panel | Transportation, meals, lodging |
| 7. | Practicing Law Institute | 6/25/2014 | San Francsco, CA | Speaker onPretrial Practice Panel | Transportion |
| 8. | ChIPs | 9/30/2014-10/4/2014 | Washington, DC | Mock Argument Judge at ChIPs Women in IP Law Conference | Transportation, meals, lodging |
| 9. | George Mason University | 10/4/2014-10/8/2014 | Arlington, VA | Attendance at Antirust Law & Economics Institute for Judges | Transportation, meals, lodging |
| 10. | Assn. of Business Trial Lawyers of Northern CA | 10/15/2014-10/18/2014 | Oahu, HI | Attendance at Annual Seminar and Board Member | Transportaion, meals, lodging |
| 11. | ABA | 11-5-2014-11/6/2014 | Los Angeles, CA | Speaker on Electronically-Stored Information Panel | Transportation, lodging |
| 12. | Duke University | 11/12/2014-11/14/2014 | Arlington, VA | Participation at Conference on Proportionality | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 05/06/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust I | | | | | | | | | |
| 2. --Bay Area Toll Auth. Bonds due 4/1/14 | A | Interest | | | Matured | 04/01/14 | K | A | |
| 3. --California State Dept Rev Bond due 12/1/15 | B | Interest | K | T | | | | | |
| 4. --California State Dept Revenue Bonds | A | Interest | K | T | | | | | |
| 5. --Los Angeles CA Water Rev. Bonds | A | Interest | K | T | | | | | |
| 6. --Los Angeles CA Bonds due 7/1/17 | B | Interest | K | T | | | | | |
| 7. --San Francisco CA Bonds due 6/15/17 | B | Interest | K | T | | | | | |
| 8. --University of California Rev. Bonds | B | Interest | K | T | | | | | |
| 9. --DFA CA Short Term Muni Bond Portfolio (DFCMX) | A | Dividend | K | T | | | | | |
| 10. --DFA T.A. World Ex U.S.(DFTWX) | E | Dividend | P1 | T | | | | | |
| 11. --DFT T.A. US Core Equity 2 Portfolio (DFTCX) | E | Dividend | P1 | T | | | | | |
| 12. --Vanguard CA Intermediate Term Bond Fund (VCADX) | D | Dividend | M | T | | | | | See Expl.Note in Sec. VIII |
| 13. --DFA Emerging Markets Core Equity Portfolio (DFCEX) | B | Dividend | L | T | | | | | See Expl.Note in Sec. VIII |
| 14. --DFA Insternational Core Equity Portfolio (DFIEX) | B | Dividend | M | T | Buy (add'l) | 12/30/14 | K | | See Expl.Note in Sec. VIII |
| 15. --Schwab Money Market Fund (Trust I) | A | Dividend | K | T | | | | | |
| 16. Trust III | | | | | | | | | |
| 17. --Schwab Money Market Fund (Trust III) | A | Dividend | | | Redeemed | 03/19/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA Rollover Account #1 (formerly PS Account #1) | | | | | | | | | |
| 19. --Dodge & Cox Income Fund (DODIX) | | None | J | T | Buy | 12/30/14 | J | | |
| 20. --Vanguard Inflation Protected Securities Fund Adm (VAIPX) | C | Dividend | M | T | Buy (add'l) | 04/11/14 | J | | |
| 21. --Vanguard Inflation Protected Securities Fund Adm (VAIPX) | A | Distribution | | | Buy (add'l) | 07/25/14 | J | | |
| 22. --DFA International Real Estate Securities Portfolio (DFITX) | D | Dividend | M | T | | | | | |
| 23. --IShares IBoxx Investment Grade Corporate Bond ETF (LQD) | C | Dividend | M | T | | | | | |
| 24. --IShares TR Bond 1-3 Year Credit Bond ETF (CSJ) | A | Dividend | L | T | | | | | |
| 25. --Vanguagrd REIT (VNQ) | C | Dividend | M | T | | | | | |
| 26. --Schwab Money Market Fund #5 | | None | J | T | | | | | |
| 27. 401k Account #1 | | | | | | | | | |
| 28. --PIMCO Total Return Fund (PTTRX) | D | Dividend | | | Buy (add'l) | 04/11/14 | J | | |
| 29. --PIMCO Total Return Fund (PTTRX) | A | Distribution | | | Sold | 09/26/14 | N | A | |
| 30. --DFA Two-Year Global Fixed Income Portfolio (DFGFX) | A | Dividend | | | Sold | 10/28/14 | L | A | |
| 31. --DFA Short-Term Extended Quality Portfolio (DFEQX) | A | Dividend | K | T | Buy | 10/28/14 | K | | |
| 32. --DFA Short-Term Extended Quality Portfolio (DFEQX) | A | Distribution | | | | | | | |
| 33. --Dodge & Cox Income Fund (DODIX) | C | Dividend | N | T | Buy | 10/28/14 | N | | |
| 34. --Dodge & Cox Income Fund (DODIX) | B | Distribution | | | Buy (add'l) | 12/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Vanguard Inflation Protected Securities Fund Adm (VAIPX) | A | Dividend | J | T | Buy | 07/25/14 | J | | |
| 36. --Vanguard Inflation Protected Securities Fund Adm (VAIPX) | A | Distribution | | | Buy (add'l) | 10/29/14 | J | | |
| 37. --DFA International Core Equity Portfolio (DFIEX) | B | Dividend | L | T | | | | | |
| 38. --DFA International Real Estate Securities Portfolio (DFITX) | B | Dividend | K | T | Buy (add'l) | 01/14/14 | J | | |
| 39. --IShares TR Bond 1-3 Year Credit Bond ETF (CSJ) | A | Dividend | L | T | | | | | |
| 40. --Vanguard REIT (VNQ) | C | Dividend | L | T | Buy (add'l) | 01/14/14 | K | | |
| 41. --Schwab Money Market Fund #6 | A | Dividend | J | T | | | | | |
| 42. Roth IRA Account #1 | | | | | | | | | |
| 43. --Vanguard REIT (VNQ) | A | Dividend | J | T | | | | | |
| 44. Roth IRA Account #2 | | | | | | | | | |
| 45. --DFA International Real Estate Securities Portfolio (DFITX) | A | Dividend | J | T | | | | | |
| 46. Learning Quest 529 Ed. Sav. Plan #1 Short-Term Portfolio | | None | J | T | Redeemed (part) | 07/14/14 | K | C | |
| 47. Learning Quest 529 Ed. Sav. Plan #1 Short-Term Portfolio | | | | | Redeemed (part) | 12/11/14 | K | D | |
| 48. Learning Quest 529 Ed. Sav. Plan #2 Short-Term Portfolio | | None | K | T | | | | | |
| 49. First Republic Bank Checking Account | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 05/06/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  Explanatory Note.  The items listed in Section VII (Investments and Trusts) lines 12-14 were inadvertently omitted from the Report for Calendar Year 2013.

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 05/06/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Elizabeth D. Laporte**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544